IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 15 C 6031 |
| | ) | Judge Dow |
| v. | ) ) | |
| KINGDOM COMMUNITY CONSTRUCTION, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## Motion for Supplemental Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter an order for supplemental judgment and in support state:

1. On January 21, 2016, this Court granted the Plaintiffs' Motion to Enforce Settlement. An Agreed Judgment Order was entered, Exhibit A.

2. In exchange for the Agreed Judgment Order and stay of execution, Defendant also previously agreed to the Plaintiffs' request for a financial contract review which was to take place on February 2, 2016 at the Defendant's office. Plaintiffs' did not include this issue in the Motion to Enforce Settlement because Plaintiffs believed that the limited record review would take place on that day. A copy of the record request is attached as Exhibit B.

3. This record review was very important as the Plaintiffs' required the information in order to file and perfect a mechanics' lien for contributions owed by Defendant. Upon arrival at Kingdom's office that day, plaintiff's employee, Mr. John Conklin was notified by Margaret at the company that the owner, John Abercrombie, was on vacation until the following week. Margaret also said she had no knowledge of an audit and that it could not be done that day.

4. Plaintiffs and Defendant then agreed to two subsequent review appointments on February 19th and 24th and both appointments were cancelled by the Defendant. As a result, Defendant is in breach of their agreement with the Plaintiffs. Also, Plaintiffs' mechanic lien rights are in jeopardy because without the information, they cannot perfect the lien in the time frame required by statute.

5. Plaintiffs thereby are seeking a supplement judgment ordering the Defendant to produce the records as outlined in Exhibit B as they previously agreed. Plaintiffs believe that judicial economy is better served this way instead of filing another lawsuit that would only further delay the production of information and jeopardize the Plaintiffs' mechanic lien rights.

WHEREFORE, Plaintiffs pray that their motion be granted and that a supplemental judgment be entered ordering the Defendant to comply with the record request on or before March 7, 2016.

Respectively submitted,

s/ Daniel P. McAnally

Attorney for the Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312-251-9700